# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00415-CV

### In re T.F.

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 23-1148, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Relator, T.F., filed a writ of mandamus requesting that we order the trial court to hold a de novo hearing concerning an order by an associate judge. Relator also filed a motion in the trial court requesting a hearing be set for August 7, 2024, which setting was granted. We abated this original proceeding on July 17, 2024, pending the hearing date. We also ordered relator to file a status letter with this Court by August 14, 2024, informing us about the status of the hearing. Since that date has now passed, we reinstate this original proceeding. Although we have not received an update from relator, we have been informed by the trial court clerk that relator's requested de novo hearing was held by the trial court on August 7th. Because relator's requested relief has been granted, we dismiss the petition for writ of mandamus as moot. *See In re Luna*, 317 S.W.3d 484, 484 (Tex. App.—Amarillo 2010, orig. proceeding); *see also In re Gonzales*, No. 03-12-00611-CV, 2013 WL 238736, at *1 (Tex. App.—Austin Jan. 17, 2013, orig. proceeding).

_____

          Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed

Filed:   August 27, 2024